**FILED**

12/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0599

**Jeff L. Nehring**
**Nehring Law Office**
**113 E. Broadway Suite 1**
**Williston, North Dakota 58801**
**Phone (701) 577-5555**
**info@nehringlaw.com**
*Attorneys for Appellant*

## IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 22-0599

SKYLER LEVNO,

      Plaintiff and Appellant,

**ORDER TO**
**DISMISS APPEAL**

   **vs.**

STATE OF MONTANA,

      Defendant and Appellee**.**

[¶1.] This matter having come before this Honorable Court upon the Appellant's Motion to Dismiss Appeal. The Court having reviewed the motion of the Appellant, being fully advised and appraised of these matters, now therefore makes the following decisions:

[¶2.] IT IS HEREBY ORDERED THAT the Appellant's Motion to Dismiss Appeal is GRANTED.

Dated: _____

_____
Montana Supreme Court Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 9 2022